JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN HERRERA, | ) Case No. CV 17-5874-CJC (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| SECRETARY OF CORRECTIONS, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 12, 2018

_____
CORMAC J. CARNEY
U.S. DISTRICT JUDGE